```
DANIEL J. BRODERICK, Bar #89424
Federal Defender
MICHAEL PETRIK, Jr., Bar #177913
Assistant Federal Defender
801 I Street, 3rd Floor
Sacramento, California 95814
Telephone: (916) 498-5700

Attorney for Defendant
TIBURCIO LARA RUBIO
```

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, | ) Case No. 2:09-cr-00400 FCD |
| Plaintiff, | ) |
| | ) **STIPULATION AND ORDER** |
| v. | ) |
| | ) Date: March 8, 2010 |
| TIBURCIO LARA RUBIO, RODRIGO JOEL MURILLO CRUZ, ROBERTO MACIAS ARANDAS, and URIEL ZAVALA VARGAS, | ) Time: 10:00 a.m. |
| | ) Judge: Hon. Frank C. Damrell, Jr. |
| Defendants. | ) |

IT IS HEREBY STIPULATED AND AGREED between plaintiff, United States of America, and defendants, TIBURCIO LARA RUBIO, RODRIGO JOEL MURILLO CRUZ, ROBERTO MACIAS ARANDAS, and URIEL ZAVALA VARGAS, through their respective attorneys, that the Court should vacate the status conference scheduled for March 8, 2010, at 10:00 a.m., and reset it for April 19, 2010, at 10:00 a.m.

Counsel for defendants require further time to review discovery and to negotiate with the government in an effort to resolve this matter.

1  It is further stipulated by the parties that the Court should
2 exclude the period from the date of this order through April 19, 2010,
3 when it computes the time within which the trial of the above criminal
4 prosecution must commence for purposes of the Speedy Trial Act.  The
5 parties stipulate that the ends of justice served by granting
6 defendants' request for a continuance outweigh the best interest of the
7 public and the defendants' in a speedy trial, and that this is an
8 appropriate exclusion of time for defense preparation within the
9 meaning of 18 U.S.C. § 3161(h)(7)(A) and (B) (Local Code T4).

10 Dated: March 5, 2010                  Respectfully submitted,

11                                        DANIEL BRODERICK
                                         Federal Defender
12
                                         /s/ M. Petrik
13                                       _____
                                         MICHAEL PETRIK, Jr.
14                                       Assistant Federal Defender
                                         Attorneys for Defendant
15

16 Dated: March 5, 2010                  /s/ M. Petrik for Michael Long
                                         MICHAEL LONG
17                                       Attorney for RODRIGO JOEL MURILLO
                                         CRUZ
18

19 Dated: March 5, 2010                  /s/ M. Petrik for Dan Koukol
                                         DAN KOUKOL
20                                       Attorney for ROBERTO MACIAS ARANDAS

21

22 Dated: March 5, 2010                  /s/ M. Petrik for Dina Lee Santos
                                         DINA LEE SANTOS
23                                       Attorney for URIEL ZAVALA VARGAS

24

25 Dated: March 4, 2010                  BENJAMIN B. WAGNER
                                         United States Attorney
26
                                         /s/ M. Petrik for Todd Leras
27                                       _____
                                         TODD LERAS
28                                       Assistant U.S. Attorney

**ORDER**

**IT IS SO ORDERED.** The Court orders time excluded from the date of this order through the status conference on April 19, 2010, pursuant to 18 U.S.C. § 3161(h)(7)(A) and (B) (Local Code T4).

DATED: March 5, 2010

_____
FRANK C. DAMRELL, JR.
UNITED STATES DISTRICT JUDGE