1  DANIEL J. BRODERICK, Bar #89424
   Federal Defender
2  MICHAEL PETRIK, Jr., Bar #177913
   Assistant Federal Defender
3  801 I Street, 3rd Floor
   Sacramento, California 95814
4  Telephone: (916) 498-5700

5  Attorney for Defendant
   TIBURCIO LARA RUBIO

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| UNITED STATES OF AMERICA, | ) | Case No. 2:09-cr-00400 FCD |
|---|---|---|
| Plaintiff, | ) | |
| | ) | STIPULATION AND ORDER TO CONTINUE |
| v. | ) | STATUS CONFERENCE TO MAY 24, 2010 |
| | ) | |
| TIBURCIO LARA RUBIO, RODRIGO JOEL MURILLO CRUZ, ROBERTO MACIAS ARANDAS, and URIEL ZAVALA VARGAS, | ) ) ) ) | Date:  April 19, 2010<br>Time:  10:00 a.m.<br>Judge: Hon. Frank C. Damrell, Jr. |
| Defendants. | ) ) ) | |

IT IS HEREBY STIPULATED AND AGREED between plaintiff, United States of America, and defendants, TIBURCIO LARA RUBIO, RODRIGO JOEL MURILLO CRUZ, ROBERTO MACIAS ARANDAS, and URIEL ZAVALA VARGAS, through their respective attorneys, that the Court should vacate the status conference scheduled for April 19, 2010, at 10:00 a.m., and reset it for May 24, 2010, at 10:00 a.m.

Counsel for defendants require further time to review discovery and to negotiate with the government in an effort to resolve this matter.

1     It is further stipulated by the parties that the Court should
2 exclude the period from the date of this order through May 24, 2010,
3 when it computes the time within which the trial of the above criminal
4 prosecution must commence for purposes of the Speedy Trial Act.  The
5 parties stipulate that the ends of justice served by granting
6 defendants' request for a continuance outweigh the best interest of the
7 public and the defendants' in a speedy trial, and that this is an
8 appropriate exclusion of time for defense preparation within the
9 meaning of 18 U.S.C. § 3161(h)(7)(A) and (B) (Local Code T4).

10 Dated: April 14, 2010             Respectfully submitted,

11                                   DANIEL BRODERICK
                                     Federal Defender
12
                                     /s/ M. Petrik
13                                   _____
                                     MICHAEL PETRIK, Jr.
14                                   Assistant Federal Defender
                                     Attorneys for Defendant
15

16 Dated: April 14, 2010             /s/ M. Petrik for Michael Long
                                     MICHAEL LONG
17                                   Attorney for RODRIGO JOEL MURILLO
                                     CRUZ
18

19 Dated: April 14, 2010             /s/ M. Petrik for Dan Koukol
                                     DAN KOUKOL
20                                   Attorney for ROBERTO MACIAS ARANDAS

21

22 Dated: April 14, 2010             /s/ M. Petrik for Dina Lee Santos
                                     DINA LEE SANTOS
23                                   Attorney for URIEL ZAVALA VARGAS

24

25 Dated: April 14, 2010             BENJAMIN B. WAGNER
                                     United States Attorney
26
                                     /s/ M. Petrik for Todd Leras
27                                   _____
                                     TODD LERAS
28                                   Assistant U.S. Attorney

**ORDER**

**IT IS SO ORDERED.**  The Court orders time excluded from the date of this order through the status conference on May 24, 2010, pursuant to 18 U.S.C. § 3161(h)(7)(A) and (B) (Local Code T4).

DATED: April 15, 2010

_____
FRANK C. DAMRELL, JR.
UNITED STATES DISTRICT JUDGE