1  DANIEL J. BRODERICK, Bar #89424
   Federal Defender
2  MICHAEL PETRIK, Jr., Bar #177913
   Assistant Federal Defender
3  801 I Street, 3rd Floor
   Sacramento, California 95814
4  Telephone: (916) 498-5700

5  Attorney for Defendant
   TIBURCIO LARA RUBIO

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, | Case No. 2:09-cr-00400 FCD |
| Plaintiff, | |
| v. | STIPULATION AND ORDER CONTINUING STATUS CONFERENCE TO SEPTEMBER 13, 2010 |
| TIBURCIO LARA RUBIO, RODRIGO JOEL MURILLO CRUZ, ROBERTO MACIAS ARANDAS, and URIEL ZAVALA VARGAS, | Date: July 19, 2010<br>Time: 10:00 a.m.<br>Judge: Hon. Frank C. Damrell, Jr. |
| Defendants. | |

IT IS HEREBY STIPULATED AND AGREED between plaintiff, United States of America, and defendants, TIBURCIO LARA RUBIO, RODRIGO JOEL MURILLO CRUZ, ROBERTO MACIAS ARANDAS, and URIEL ZAVALA VARGAS, through their respective attorneys, that the Court should vacate the status conference scheduled for July 19, 2010, at 10:00 a.m., and reset it for September 13, 2010, at 10:00 a.m.

Counsel for defendants require further time to review discovery and to negotiate with the government in an effort to resolve this matter.

It is further stipulated by the parties that the Court should exclude the period from the date of this order through September 13, 2010, when it computes the time within which the trial of the above criminal prosecution must commence for purposes of the Speedy Trial Act. The parties stipulate that the ends of justice served by granting defendants' request for a continuance outweigh the best interest of the public and the defendants' in a speedy trial, and that this is an appropriate exclusion of time for defense preparation within the meaning of 18 U.S.C. § 3161(h)(7)(A) and (B) (Local Code T4).

Dated: July 16, 2010         Respectfully submitted,

                             DANIEL BRODERICK
                             Federal Defender

                             /s/ M. Petrik
                             _____
                             MICHAEL PETRIK, Jr.
                             Assistant Federal Defender
                             Attorneys for Defendant

Dated: July 16, 2010         /s/ M. Petrik for Michael Long
                             MICHAEL LONG
                             Attorney for RODRIGO JOEL MURILLO CRUZ

Dated: July 16, 2010         /s/ M. Petrik for Dan Koukol
                             DAN KOUKOL
                             Attorney for ROBERTO MACIAS ARANDAS

Dated: July 16, 2010         /s/ M. Petrik for Dina Lee Santos
                             DINA LEE SANTOS
                             Attorney for URIEL ZAVALA VARGAS

Dated: July 16, 2010         BENJAMIN B. WAGNER
                             United States Attorney

                             /s/ M. Petrik for Todd Leras
                             _____
                             TODD LERAS
                             Assistant U.S. Attorney

1 **ORDER**

2 **IT IS SO ORDERED.** The Court orders time excluded from the date of
3 this order through the status conference on September 13, 2010,
4 pursuant to 18 U.S.C. § 3161(h)(7)(A) and (B) (Local Code T4).

6 DATED: July 16, 2010

8 _____
FRANK C. DAMRELL, JR.
UNITED STATES DISTRICT JUDGE