1  DANIEL J. BRODERICK, Bar #89424
   Federal Defender
2  MICHAEL PETRIK, Jr., Bar #177913
   Assistant Federal Defender
3  801 I Street, 3rd Floor
   Sacramento, California 95814
4  Telephone: (916) 498-5700

5  Attorney for Defendant
   TIBURCIO LARA RUBIO

6

7

8              IN THE UNITED STATES DISTRICT COURT

9             FOR THE EASTERN DISTRICT OF CALIFORNIA

10

11

12 UNITED STATES OF AMERICA,         ) Case No. 2:09-cr-00400 FCD
                                     )
13              Plaintiff,           )
                                     ) STIPULATION AND ORDER CONTINUING
14      v.                           ) STATUS CONFERENCE TO OCTOBER 4,
                                     ) 2010
15 TIBURCIO LARA RUBIO, RODRIGO      )
   JOEL MURILLO CRUZ, ROBERTO        ) Date:  September 13, 2010
16 MACIAS ARANDAS,and URIEL ZAVALA   ) Time:  10:00 a.m.
   VARGAS,                           ) Judge: Hon. Frank C. Damrell, Jr.
17                                   )
                Defendants.          )
18                                   )
   _____ )
19

20     IT IS HEREBY STIPULATED AND AGREED between plaintiff, United

21 States of America, and defendants, TIBURCIO LARA RUBIO, RODRIGO JOEL

22 MURILLO CRUZ, ROBERTO MACIAS ARANDAS, and URIEL ZAVALA VARGAS, through

23 their respective attorneys, that the Court should vacate the status

24 conference scheduled for September 13, 2010, at 10:00 a.m., and reset

25 it for October 4, 2010, at 10:00 a.m.

26     Counsel for defendants require further time to review discovery

27 and to negotiate with the government in an effort to resolve this

28 matter.

1    It is further stipulated by the parties that the Court should
2 exclude the period from the date of this order through October 4, 2010,
3 when it computes the time within which the trial of the above criminal
4 prosecution must commence for purposes of the Speedy Trial Act.  The
5 parties stipulate that the ends of justice served by granting
6 defendants' request for a continuance outweigh the best interest of the
7 public and the defendants' in a speedy trial, and that this is an
8 appropriate exclusion of time for defense preparation within the
9 meaning of 18 U.S.C. § 3161(h)(7)(A) and (B) (Local Code T4).

10 Dated: September 10, 2010          Respectfully submitted,

11                                    DANIEL BRODERICK
                                      Federal Defender
12
                                      /s/ M. Petrik
13                                    _____
                                      MICHAEL PETRIK, Jr.
14                                    Assistant Federal Defender
                                      Attorneys for Defendant
15

16 Dated: September 10, 2010          /s/ M. Petrik for Michael Long
                                      MICHAEL LONG
17                                    Attorney for RODRIGO JOEL MURILLO
                                      CRUZ
18

19 Dated: September 10, 2010          /s/ M. Petrik for Dan Koukol
                                      DAN KOUKOL
20                                    Attorney for ROBERTO MACIAS ARANDAS

21

22 Dated: September 10, 2010          /s/ M. Petrik for Dina Lee Santos
                                      DINA LEE SANTOS
23                                    Attorney for URIEL ZAVALA VARGAS

24

25 Dated: September 10, 2010          BENJAMIN B. WAGNER
                                      United States Attorney
26
                                      /s/ M. Petrik for Todd Leras
27                                    _____
                                      TODD LERAS
28                                    Assistant U.S. Attorney

1 **ORDER**

2 **IT IS SO ORDERED.**  The Court orders time excluded from the date of
3 this order through the status conference on October 4, 2010, pursuant
4 to 18 U.S.C. § 3161(h)(7)(A) and (B) (Local Code T4).

6 DATED: September 10, 2010

_____
FRANK C. DAMRELL, JR.
UNITED STATES DISTRICT JUDGE