DAN KOUKOL
Attorney at Law
State Bar No. 122526
11930 Heritage Oak Place, Suite 6
Auburn, California 95603
Telephone: (530) 823-5400
Facsimile: (530) 852-0150
Email: dkoukol@placergroup.com

Attorney for Defendant,
**ROBERTO ARANDAS**

# IN THE UNITED STATES DISTRICT COURT
# FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, | CASE NO. 2:09-CR-0400 FCD |
| Plaintiff, | STIPULATION AND ORDER |
| vs. | DATE: November 15, 2010<br>TIME: 10:00 AM |
| ROBERTO ARANDAS, | JUDGE: Hon. Frank C. Damrell, Jr. |
| Defendant. | |

It is hereby stipulated and agreed to between the United States of America through Todd Leras, Assistant U.S. Attorney, and defendant Roberto Arandas, by and through his attorney, Dan Koukol, that the status conference of November 15, 2010 be vacated and that a status conference be set for December 13, 2010 at 10:00 AM.

//

//

//

//

//

//

-1-

1    This continuance is being requested because the parties need additional time to draft and
2    negotiate the plea agreement.  The parties request that the speedy trial time is excluded from the
3    date of this order through the date of the status conference set for December 13, 2010 at 10:00
4    AM pursuant to 18 U.S.C. § 3161(h)(8)(B)(iv) [reasonable time to prepare] (Local Code T4).

DATED: NOVEMBER 10, 2010         Respectfully submitted,

/s/ DAN KOUKOL
_____
DAN KOUKOL
Attorney for defendant Roberto Arandas

DATED: NOVEMBER 10, 2010         Respectfully submitted,

/s/ DAN KOUKOL FOR TODD LERAS
_____
TODD LERAS
Assistant U.S. Attorney

**IT IS SO ORDERED.**

DATED:  November 10, 2010

_____
FRANK C. DAMRELL, JR.
UNITED STATES DISTRICT JUDGE